Justice ORIE MELVIN did not participate in the decision of this case.

Chief Justice CASTILLE, Justices EAKIN, BAER, TODD and McCAFFERY join the opinion.

COMMONWEALTH of Pennsylvania, Respondent

v.

Luis RIVERA, Jr., Petitioner.

Supreme Court of Pennsylvania.

Sept. 10, 2012.

### ORDER

PER CURIAM.

AND NOW, this 10th day of September 2012, the Application for Leave to File Post–Submission Communication and the Petition for Allowance of Appeal are hereby **DENIED.**